UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6273

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

RONNIE LASSITER,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:03-cr-00041-HEH-1)

Submitted:  June 22, 2009            Decided:  June 30, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronnie Lassiter, Appellant Pro Se.  Dana James Boente, Acting
United States Attorney, Alexandria, Virginia, Stephen Wiley
Miller, Assistant United States Attorney, Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Lassiter appeals the district court's order denying Lassiter's 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction of sentence.  We have reviewed the record and find no reversible error.  Accordingly, we deny Lassiter's motion for appointment of counsel and affirm for the reasons stated by the district court.  United States v. Lassiter, No. 3:03-cr-00041-HEH-1 (E.D. Va. Dec. 30, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED